Hostler, Appellant, *v.* Gilliam.

Argued April 28, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*I. B. Sinclair,* for appellant.

*Robert M. Hodge,* for appellee.

OPINION PER CURIAM, August 25, 1971:

The matter is herewith remitted to the Superior Court as it does not appear of record that the amount in controversy exceeds $10,000, the applicable subject matter jurisdictional requirement in this appeal, which was filed on July 28, 1970. See Act No. 401, Section 7(c), [1963] Laws of Pennsylvania 821 (repealed 1970); Pennsylvania Supreme Court Rule 61.